# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**NATHAN HOYE.**                            :

    **Plaintiff**                :     **CIVIL ACTION NO. 3:19-1972**

    **v.**                           :         **(JUDGE MANNION)**

**SCI-CAMP HILL MEDICAL DEPT,**     :

    **Defendant**               :

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's motions for leave to proceed *in forma pauperis* (Docs. 4, 9), are **DENIED** pursuant to 28 U.S.C. §1915(g).

2. The above captioned action is **DISMISSED WITHOUT PREJUDICE** to Plaintiff reopening it by paying the full statutory and administrative filing fees, totaling $400.00.

3. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Dated: April 17, 2020
19-1972-01-ORDER